PEOPLE ex rel. WHITE v. MADDOX, Justice. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Samuel T. Maddox, a Justice of the Supreme Court. No

opinion. Motion for reargument denied, without costs.